UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN BANKS,

        Plaintiff,

  v.

PAM AHLIN,

        Defendant.

No.  2:15-cv-0496-EFB P

ORDER

Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In the complaint, plaintiff alleges that his conditions of confinement are unconstitutional and that defendant Ahlin violated his civil rights.[1]  Plaintiff is confined to Coalinga State Hospital, which is in Fresno, California. Fresno County is in the Fresno Division of the United States District Court for the Eastern District of California, and this action should have been commenced there.  E.D. Cal. Local Rule 120(d).  Where a civil action has not been commenced in the proper division of a court, the court may, on its own motion, transfer the action to the proper division.  E.D. Cal. Local Rule 120(f).

---

[1] Apart from the named defendant, this complaint is one of a number of virtually identical actions that have been filed in or transferred to the Fresno Division of the United States District Court for the Eastern District of California.  *See, e.g., Klein v. King*, No. 1:14-cv-1440-MJS (E.D. Cal.); *Jones v. Allenby*, No. 1:15-cv-0070-JLT (E.D. Cal.); *Mack v. Allenby*, No.1:15-cv-0020-LJO-MJS (E.D. Cal.).

1

Accordingly, it is hereby ordered that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: April 16, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2